This is Evidence of a Body T-shirt that is Evidence for US-District court #15-973-SLR

Please log this evidence



DATE: 3-2-17

Emamaro

Eric Amaro
257538#
JTVCC
1181 Paddock RD
Smyrna DE 19977

IM: Erik Amaro
SBI# 00259538      UNIT: BW-B-C-1
JAMES T. VAUGHN CORRECTIONAL CENTER
1181 PADDOCK ROAD
SMYRNA, DELAWARE 19977

Office of the Clerk
844 North King Street Unit 18
Wilmington, DE 19801-3570

US POSTAGE $002.66⁰
ZIP 19977
0000345484 MAR 09 2017